# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
AMEC Environment & Infrastructure, Inc. ) ASBCA No. 58948
)
Under Contract No. FA8903-06-D-8507 )

APPEARANCE FOR THE APPELLANT: David A. Rose, Esq.
Gary L. Moser, Esq.
  Rose Consulting Law Firm
  Valdosta, GA

APPEARANCES FOR THE GOVERNMENT: Col Matthew J. Mulbarger, USAF
  Air Force Chief Trial Attorney
Christopher M. McNulty, Esq.
Sarah L. Stanton, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The parties have reported a finalized settlement agreement and have moved the Board to dismiss the appeal with prejudice. The motion is GRANTED, and the appeal is dismissed with prejudice.

Dated: 4 January 2016

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58948, Appeal of AMEC Environment & Infrastructure, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals